UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80019-Cr-Marra/Hopkins

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CANDIS WARNER,

        Defendant.      /

## *REPORT AND RECOMMENDATION*

**THIS CAUSE** came before the Court on August 26, 2008, for a final hearing on alleged violation of Probation. The defendant is charged with violation of her Probation:

1. Violation of Special Condition, by failing to reside at the Panda Residential Drug Treatment Program.

On July 31, 2008, the probationer was unsuccessfully discharged by Panda for inappropriate behavior and leaving the facility twice. This was evidenced by discharge letter from Panda dated July 31, 2008.

2. Violation of Mandatory Condition, by unlawfully using or possessing a controlled substance.

On August 13, 2008, the supervised releasee submitted a urine specimen that tested positive for cocaine. On August 18, 2008, the supervised releasee signed an admission of drug use form, admitting to using cocaine on or about August 12, 2008.

The Defendant consulted with counsel and admitted to violating the conditions of Probation The Court found that the Defendant voluntarily and knowingly admitted to the violation of her Probation. Based upon this finding, this Court recommends to the District Court that CANDIS WARNER be found in violation of **her Probation** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Kenneth A. Marra, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 26th day of August, 2008.

                                              **LINNEA R. JOHNSON**
                                              **UNITED STATES MAGISTRATE JUDGE**

c:      The Honorable Kenneth A. Marra
        Lauren Jorgensen, AUSA
        Peter Birch, AFPD
        Peggy L. Hobcroft-Bates, USPO