UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80019-CR-MARRA

UNITED STATES OF AMERICA,

     Plaintiff,

  vs.

CANDIS WARNER,

     Defendant.

_____/

## JUDGMENT & COMMITMENT UPON REVOCATION
## OF PROBATION

**THIS CAUSE** came before the Court at sentencing on October 3, 2008, for violations of probation.  The Court adopts the magistrate judge's Report and Recommendation and finds Defendant in violation of her probation.  It is hereby

**ORDERED and ADJUDGED** that Defendant's term of probation imposed by the Court is **reinstated** for a period of one year with the following special condition:

Defendant shall participate in an inpatient or outpatient program approved by the U.S. Probation Officer for mental health and substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol.  The defendant shall contribute to the cost of services rendered (copayment) in an amount to be determined by the Probation Office, based on ability to pay or availability of third party payment.

All standard conditions previously imposed shall remain in effect as well.

**DONE and ORDERED** in West Palm Beach, this 3rd day of October, 2008.

_____
**KENNETH A. MARRA**
UNITED STATES DISTRICT JUDGE

cc:    All Counsel
       U.S. Probation - Peggy Hobcroft Bates
       U.S. Marshal